January 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RAMESH KAPUR D/B/A AIC MANAGEMENT COMPANY, Appellant

NO. 14-13-01053-CV                          V.

THE  CITY OF BAYTOWN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ramesh Kapur d/b/a AIC Management Company.

We further order this decision certified below for observance.